**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20864-CIV-DAMIAN**

**SERGIO MONTELIER CHAVIANO**, *et al.*,

Petitioners,

v.

**MIAMI ICE FIELD OFFICE DIRECTOR**,

Respondent.
________________________________________/

**ORDER ON MOTION TO ENFORCE JUDGMENT**

**THIS CAUSE** is before the Court on Petitioner, Sergio Montelier Chaviano's ("Petitioner"), Motion to Enforce Judgment [ECF No. 13] (the "Motion"), filed October 15, 2026.

THE COURT has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised. On October 5, 2026, this Court entered an Order on Petition for Writ of *Habeas Corpus* granting the Petition to the extent that Petitioner requested this Court direct the Immigration Court to afford him a bond hearing. *See* ECF No. 12 at 12. This Court ordered Respondents to "afford [Petitioner] an individualized bond hearing consistent with 8 U.S.C. § 1226(a)" to "take place no later than October 11, 2026" or "otherwise release" him. *See id.* at 13.

In the Motion, Petitioner informs this Court that he received a bond hearing on October 9, 2026, but the Immigration Judge did not render a decision on his request for bond until October 12, 2026. *See* Mot. at 2. Petitioner contends that, because he did not receive a bond decision on or before October 11, Respondents should not be considered to have

complied with this Court's October 5 Order. *See id.* He requests that the Court "enforce its Order and direct Respondent to release petitioner from custody under reasonable conditions." *Id.* As indicated in the Motion, Respondents noted that they did not intend to file a response to the Motion, "defer[ring] to the Court as to the proper construction of its Order on the Petition, specifically whether the Order required the provision of a bond hearing before an Immigration Judge *and* a decision thereon before the Court's October 11, 2026 deadline, or whether the hearing and post-deadline decision were timely and in compliance with the Court's Order." *See id.* at 3.

This Court's October 5 Order required Respondents to "afford [Petitioner] an individualized bond hearing . . . no later than October 11, 2026." *See* ECF No. 12 at 13. On October 9, 2026, Petitioner had a bond hearing before an Immigration Judge. *See* Mot. at 2. Petitioner, thus, was afforded a bond hearing before the Court's October 11 deadline, so Respondents have complied with the plain text of this Court's Order. The fact that the Immigration Judge did not render his decision until October 12 does not change this. *See* Mot. at 2.

To the extent that Petitioner challenges the substance, scope, or conduct of the bond hearing itself, including whether the immigration judge applied the proper framework or considered all relevant facts, those issues fall within the jurisdiction of the immigration court and the administrative appeals process. *See Pimentel Sanchez v. United States Att'y Gen.*, No. 26-cv-21869-KMW, ECF No. 18 (S.D. Fla. Apr. 29, 2026) (citing *C.A.R.V. v. Wofford*, No. 25-cv-01395, 2026 WL 241823, at *9 (E.D. Cal. Jan. 29, 2026)).

Accordingly, for the reasons set forth above, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Enforce Judgment **[ECF No. 13]** is **DENIED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 20th day of October, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**